# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re: Karen A. Magee**                                         **Chapter 7: 25-10831-AMC**

**And**

**Thomas G. Magee**

## Motion to Reopen Chapter 7 for Cause pursuant to 11 U.S.C. 350

1. Debtors filed for protection under Chapter 7 on February 28, 2025.

2. Debtors were represented by David H. Lang, Esquire

3. Robert W. Seitzer was the assigned trustee.

4. A Discharge Order was entered June 10, 2025, and the case was closed shortly thereafter.

5. Janice Laurence, administrator for the Estate of Dolores J. Henderson, was a significant creditor in this case and never received notice of the bankruptcy filing and was improperly designated and incompletely listed on schedules.

6. Schedule F listed the following.

>Janet Laurence
>c/o Ross & McCrea
>7169 Germantown Avenue
>2nd Floor

7. The address included no City, state or Zip code. The Schedules were filed March 27, 2025 and the trustee meeting was conducted only eleven (11) days later April 7, 2025. The portion of Schedule F with Megan McCrea is attached as Exhibit A.

8. Further Ms. Laurence's counsel, Megan McCrea, had not been at that address for seven (7) years and any forwarding order from the post office had expired.

9. At all times relevant hereto Debtors knew the current, full and complete address of Attorney McCrea. In fact, the Debtors had remitted restitution and other payments to Megan McCrea, Esquire on behalf of creditor Janice Laurence. The correct and known address for attorney McCrea is 1 Summit Street, Philadelphia, Pa 19118. The known and correct address for the Debtor was 461 W. 11th Avenue, Conshohocken, Pa 19428. It is believed that the Debtors who committed criminal activity in relation to Janice Laurence and the Estate of Dolores J. Henderson, which resulted in criminal convictions and restitution were intentionally attempting to get a discharge without notice to the movant and without opportunity to challenge the discharge.

10. Debtors had Chapter 7 in 2009 docketed as 09-11948BIF. Michael A. Cataldo represented Janice Laurence, and the Estate of Dolores J. Henderson in that matter in Adversary action 09-191BIF. A copy of that adversary Complaint is attached as Exhibit B.

11. That adversary was resolved with a consent order approved October 1, 2009. Exhibit C.

12. After the 2009 Chapter 7, Both Debtors were convicted with that of Thomas Magee being a felony.

13. A repayment plan and promissory note was entered April 1, 2011. Exhibit D.

14. That payment agreement and promissory note on the non-discharged debt was breached. The agreements included interest of 6 percent. The debt, interest and all that flows from fraud and criminal activity are non-dischargeable. Payments of $1,000 per month were to continue until maturity with a final payment of $265.77 on September 1, 2040. Debtors still owe $118,113.76

plus accumulating interest of 6 percent on that amount. The amount was scheduled as "unknown on Schedule F.  A calculation of the amount owed is attached as Exhibit E.

15. Debtors have admitted to the fraud committed.

      WHEREFORE, the Moving creditor seeks an Order reopening the case for cause for the purpose of filing an adversary challenging the discharge of the obligation of the Debtors to movant.

Dated: August 15, 2025.

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael A. Cataldo*
Michael A. Cataldo (No. 49431)
Suite 3020
901 Market Street
Philadelphia, PA 19107
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
mcataldo@gsbblaw.com
*Counsel to Janice Laurence*